To United States District Court
District of Maryland — Clerk of Court

FILED LODGED RECEIVED
FEB 18 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

This is FEDeral bureau of investigation's
↓      ↓      ↓      ↓
FiDieri blyri OhFi ivieslygiti'sy
CommaNDer Fitriyaohniya-
BaDge Number # 52
birth DaTe 5/3/82

aka → JamoND Jackson — iD#327386
7555 WaTerloo RoaD
N 4th Floor C # 20
Jessup — maryland zip code 20794

plaintiFF

Civil / Criminal #

Verse

PaTuxent institution - prison
OFFicer. Mensah
Director. RaNDall Nero
Warden. Laura armsTead
AssT Warden. Carol harmon
Chief. Winnie MoTT
Lieutenant. S— goldman
Lieutenant. Williams
7555 waTerloo RoaD
RouTe 175
Jessup - maryland zip code 20794

DeFeNDaNTs



Fitriyaohniya Jackson #327386

Law Suit / FeDeral Charges          Page 1 out of 9          2/11/20

Problem ⟶ my mp3 player / radio was stolen out Jail cell — because Officer Mensah - Refuse to do his Job & let me lock my cell Door,

## Statement of Claim ↓

⟶ January 8, 2020 Wednesday on the 4pm to 12 am shift — inside Patuxent institution — prison at 4:45 pm Patuxent Officer Mensah open my cell Door Which is 20# N tier 4th Floor for Dinner — officer Mensah also open Cell #8 — when officer Mensah open Cell #4 it Dont open properly — Officer Mensah took the stick in operator box — and manuelle Roll his door open — by Lifting the stick up — when officer Mensah Did That — all doors Befor cell #4 that was open — got Dead Lock open, I Fitriyaohniya #327386 stuck my head out cell Door & tole officer Mensah — take my Door off Dead lock / bump it ⟶ he Didnt Responce so I Repeat my self — Patuxent officer Mensah said ok but Never Did ⟶ Officer Mensah was Standing In between the 4th floor Corridor Door & Steel Sliding Door in Tier

fetruya ohniya jackson
#327386

Statement of Claim

about 5 mintues later Officer Mensah start yelling going Down For Chow → on my way off Tier when walk pass — Officer Mensah, I Said Officer Mensah Don't Forget To take my Door off Dead lock & Lock it → you Dead lock it open officer said ok' im rolling all Doors ← I walk down 4th floor corridor steps → to Dinning room → 30 mintues later — I come back — when get on 4th floor corridor — It was a different officer setting in chair — back turn towards — Corridor Door — and officer Fombin was setting in a chair side way's head hanging Down → I walk up corridor Nancy 4th floor Even side corridor was open — Steel Slide Door close → and Side Corridor Door & Steel Sliding Door was open → I got officer attention — he turn around & said Oh Yall Back & follow us on tier, I walk down to my Jail cell — my cell Door was still Dead Lock wide open — i walk inside → my mp3 player / Radio & Power Source was missing

Jitinyi Olwiya
Jackson #327386

## Statement of Claim

I tole the officer — to call supervisor and let them
no → I also tole him to bump my door so
I could lock in → Officer tole me to wait
untell, Patuxent officer Mensah to get back
from lunch → about 6:15 pm Patuxent officer
Mensah come back on 4th floor — I beleave
he was working M-Tier 4th floor — officer
Mensah stop pass — N-Tier 4th floor
I Fitriyaohniya # 327386 said officer mensah
I ask you to take my door off dead
lock when was in my cell — you said ok
But didnt — I ask you again' when was
walking off tier — you said you were goin
to roll all door's → But you didnt
I come back my cell my mp3 player/ Radio
& power source is missing → Officer mensah
gave me a cold shoulder towards
the problem — Like him refuse'ing to
work wasnt reason my stuff was
missing — he didnt write a report
t give my copy — or get the hold prison
search → he just walk off ?

fitriya ohniya #327386

United States District Court
District of Maryland — Clerk of Court

This is Federal Bureau of Investigations
Commander Fitriya ohNiye —
Badge number # 52
birth Date 5-3-82

aka — Jamond Jackson # 327386
7555 Waterloo Road
N 4th Floor C # 20
Jessup — maryland Zip 20794
Plaintiff

Verse

Patuxent institution — prison
Officer . Mensah
Director . Randall Nero
Warden . Laura Armstead
Asst Warden . Carol Harmon
Chief . Winnie Mott
Lieutenant . S — Goldman
Lieutenant . Williams

7555 Waterloo Road
Route 175
Jessup — maryland Zip code 20794

Defendants

Civil / Criminal #

Here's what I want the court to do in the event judgement is entered in my favor

↓

I want the state of maryland pay a law suit of $15,000,00¢ to me in a money order address to — Fitriya ohniya Jackson #PATX2412308
PO BOX 17111
Baltimore — maryland zip Code 21297

For all the stress → I been having not being able to here — music — sport shows & news
I also want to file criminal charges on people invoe for theif under $500.00¢ — Business fraud — Discrimination — and attemp'ed cruel & unusual punishment — if I was to act out towards corrupt officer

I have file out civil suit claims in the pass → on some same people ←

Case Number # 8:19-cv-02867-DKC

fitriya ohniya jackson #322380

at This Time — im able to go back in forth to work → im Not Prerelease Status

— I have about $80.00 F in my Jail account
my last in comeing money order was august 2019
I'm a Jail inmate Sanitation man — whiten pay about $40.00 a month whiten pay about $480.00 a year → So Their for I want to file This motion at This Time to Proceed in Forma Pauperis — I give Court Right to Check my Bank accounts / Jail account & bill my Account untell $400.00 for Court Cost is Paid → or to take out Law Suit once Paid

fitriyaohniya — Jamond Jackson #327386

Make shure Court Send my Trial Date address to me at Jail held in ↙

Fitriyaohniya — Jackson #327386
Po Box 700
7555 Waterloo Road
N 4th Floor C#20
Jessup — Maryland 20794

fitriyaohniya Jackson #327386

all the Defendants are invole Because their the Supervisors Running this prison like this →

Also make Note —

This is 2nd time my mp3 Player / Radio Been Stolen with an 30 Day Time Period Last Time I keep walking threw prison Pumping it up — + Some body put it in Path of my Sanitation Detail — so i would Find it

(Also make Note)

Patuxent Lieutenant Williams Come to my Tier 2/8/20 — Saturday talking about he was Closeing my Case —→ Like he Didnt want Nobody know how Corrupt his officer was

(also make Note)

Futuya Ohnuyh Jackson #303066

On way Dinner 1/8/20 —→ 3rd floor Corrider Door and 2nd Floor Corridor Doors were open Resting in Door A Lock —→ Same way when Come back — 25 mintues later

(also make NOTE)

I'm not pointing no finger's → But I know how this prison run & people I usually see → time frame 4:50 to 5:25 pm Roaming

If the cell doors of the inmates → on N-Tier 4th Floor → that didn't go Dinner 1/8/20 didn't open after we left → which I don't believe they did →

These are the only people or positions that could took my stuff

General population sanitation inmates → doing details → cleaning — collecting trash — or fixing stuff — kitchen worker bringing trays or late snack bags → general population inmates going & coming from hospital to dinning room → or being send to bull pin → OR L-Tier 4th Floor inmates going nurse station for PRN medication & walk down N 4th Floor strong arm to bey for coffee

Fitzroy Johnnyx Jackson # 327386